**C.O. LAW, APC**
Clark Ovruchesky, Esq. (SBN: 301844)
co@colawcalifornia.com
2404 Broadway, Suite 150
San Diego, CA 92102
Telephone: (619) 356-8960
Facsimile: (619) 330-7610

*Attorneys for Plaintiff,*
Cecilia Rocha

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CECILIA ROCHA,**<br><br>**Plaintiff,**<br><br>v.<br><br>**COMENITY BANK and EQUIFAX INFORMATION SERVICES LLC,**<br><br>**Defendants.** | **Case No.: 5:20-cv-01880-VAP-SP**<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF ONLY EQUIFAX INFORMATION SERVICES LLC** |

///
///
///
///
///
///
///
///
///
///

Plaintiff CECILIA ROCHA ("PLAINTIFF") hereby notifies the Court that she and Defendant EQUIFAX INFORMATION SERVICES LLC ("EQUIFAX") have reached a settlement in this matter and are in the process of completing the final closing documents and filing dismissal papers. As EQUIFAX has not filed an answer or a motion for summary judgment in this action, PLAINTIFF anticipates filing a voluntary dismissal (with prejudice), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), with respect to EQUIFAX.

Plaintiff requests that all pending dates and filing requirements pertaining to EQUIFAX be vacated and that the Court set a deadline on or after January 25, 2020 for filing a Notice of Voluntary Dismissal as to EQUIFAX.

Respectfully submitted,

Dated: November 24, 2020.                    C.O. LAW, APC


                                             By: /s/ Clark Ovruchesky
                                                 CLARK OVRUCHESKY, ESQ.
                                                 ATTORNEY FOR PLAINTIFF

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is C.O. LAW, APC, 2404 Broadway, Suite 150, San Diego, CA 92102. On November 24, 2020, I served the within document(s):

- **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF ONLY EQUIFAX INFORMATION SERVICES LLC**

☒    CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury that the above is true and correct (and that I am employed in or by the office of a member of the bar of this Court at whose direction the service was made).

Executed on November 24, 2020, in San Diego, CA.

By: /s/ Clark Ovruchesky
CLARK OVRUCHESKY, ESQ.
ATTORNEY FOR PLAINTIFF

C.O. LAW, APC
2404 BROADWAY, SUITE 150
SAN DIEGO, CA 92102