**C.O. LAW, APC**
Clark Ovruchesky, Esq. (SBN: 301844)
co@colawcalifornia.com
2404 Broadway, Suite 150
San Diego, CA 92102
Telephone: (619) 356-8960
Facsimile: (619) 330-7610

*Attorneys for Plaintiff,*
Cecilia Rocha

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CECILIA ROCHA,** | **Case No.: 5:20-cv-01880-VAP-SP** |
| **Plaintiff,** | **NOTICE OF SETTLEMENT** |
| v. | **BETWEEN PLAINTIFF** |
| | **AND DEFENDANT** |
| **COMENITY BANK and** | **COMENITY BANK** |
| **EQUIFAX INFORMATION** | |
| **SERVICES LLC,** | |
| **Defendants.** | |

///
///
///
///
///
///
///
///
///
///

Plaintiff CECILIA ROCHA ("PLAINTIFF") hereby notifies the Court that she and Defendant COMENITY BANK ("COMENITY") have reached a settlement in this matter and are in the process of completing the final closing documents and filing dismissal papers.

PLAINTIFF and COMENITY anticipate filing a Stipulation and Proposed Order for Dismissal, with respect to COMENITY, within 60 days. PLAINTIFF respectfully requests that all pending dates and filing requirements in this matter be vacated and that the Court set a deadline on or after April 19, 2021 for filing a Stipulation and Proposed Order for Dismissal.

Respectfully submitted,

Dated: February 19, 2021.                          C.O. LAW, APC

                                                   By: /s/ Clark Ovruchesky
                                                       CLARK OVRUCHESKY, ESQ.
                                                       ATTORNEY FOR PLAINTIFF

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is C.O. LAW, APC, 2404 Broadway, Suite 150, San Diego, CA 92102. On February 19, 2021, I served the within document(s):

- **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT COMENITY BANK**

☒	CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m.  The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury that the above is true and correct (and that I am employed in or by the office of a member of the bar of this Court at whose direction the service was made).

Executed on February 19, 2021, in San Diego, CA.

By: /s/ Clark Ovruchesky

CLARK OVRUCHESKY, ESQ.
ATTORNEY FOR PLAINTIFF

C.O. LAW, APC
2404 BROADWAY, SUITE 150
SAN DIEGO, CA 92102