UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA ROCHA,<br><br>Plaintiff,<br><br>v.<br><br>COMENITY BANK and EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendants. | Case No.: 5:20-cv-01880-VAP (SPx)<br><br>ORDER OF DISMISSAL AS TO DEFENDANT COMENITY BANK, WITH PREJUDICE |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff CECILIA ROCHA ("PLAINTIFF") against Defendant COMENITY BANK ("COMENITY") are dismissed, with prejudice. PLAINTIFF and COMENITY shall each bear their own costs and attorneys' fees.

Date: May 3, 2021

_____
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT COURT